478 A.2d 896

Commonwealth v. Miles, Appellant.

Reargument Denied July 31, 1984.

Petition for Allowance of Appeal
Granted Nov. 29, 1984.

Submitted September 9, 1983. Elaine DeMasse, Assistant Public Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, P.J., and CAVANAUGH and HOFFMAN, JJ.

Affirmed.

CAVANAUGH, J., filed a dissenting memorandum.